AO 98A (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

Case 1:05-cr-00349-AWI   Document 22   Filed 10/03/05   Page 1 of 2

# United States District Court

EASTERN District of CALIFORNIA

UNITED STATES OF AMERICA

v.

**FILED**
OCT 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPEARANCE AND COMPLIANCE BOND

Ranferi Pena
_____
Defendant

Case Number: 05CR 00 3490WW

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 100,000.00 , and there has been deposited in the Registry of the Court the sum of
$ ( ) in cash or N/A (describe other security.)

The conditions of this bond are that the defendant, Ranferi Pena
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 10/3/05 at U.S. District Court, ED of CA
                        Date           Fresno, California
                                       Place

Defendant _____ Address _____
Surety Brigido Pena Address 430 J St Sanger Ca 93657
Surety Rosa Roman Address 430 J St Sanger Ca 93657

Signed and acknowledged before me on 10/3/05
                                      Date

Mamie Hernandez
Judicial Officer/Clerk

Approved: _____

cc: AUSA, PTS, Fed Defender

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at  430 J St Sanger Ca 93657 ; and that my net worth is the sum of One hundred thousand dollars ($100,000.00).

I further state that  Equity in property (Property Bond)

_____ Rosa Roman
                            Surety

Sworn to before me and subscribed in my presence on   10/3/05
                                                      Date

at   U.S. District Court, 1130 O Street, Fresno, California
                                                 Place

Mamie Hernandez, Deputy Clerk        M. Deenan
Name and Title                       Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at  _____
same as above  ; and that my net worth is the sum of
_____ dollars ($ _____ ).

I further state that  _____

_____ Brigido Peña
                            Surety

Sworn to before me and subscribed in my presence on   10/3/05
                                                      Date

at   U.S. District Court, 1130 O Street, Fresno, California
                                                 Place

Mamie Hernandez, Deputy Clerk        M. Deenan
Name and Title                       Signature of Judicial Officer/Clerk

Justification Approved:  _____
                         Judicial Officer