JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE:  (559) 498-3600          FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT RANFERI PENA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANFERI PENA )<br>Defendant. )<br>_____ ) | **CASE NO: 1:05 -CR-349 OWW**<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

    Defendant Ranferi Pena, by and through his counsel of record, Attorney Jim T. Elia, hereby moves this court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

    On January 8, 2007, defendant Ranferi Pena was sentenced to the Bureau of Prisons in the State of California.  Mr. Ranferi's case is completed..

    On October 17, 2005 a deed of trust and  promissory note was provided to the court for property  located at 430 "J" Street, Sanger, California 93637. Owners, Bridgido M. Pena and Rosa R. Roman.. (DOC-2005-0243392).  The property in question was used as a property bond to secure Mr. Pena's appearances.

    Since Mr. Pena has served his time,   the above owners respectfully request the court exonerate the bond previously set by the magistrate court and reconvey the two properties securing said bond.

DATED: October 21, 2008                                        Respectfully submitted,


                                                           /s/ Jim T. Elia
                                                          JIM T. ELIA
                                                          ATTORNEY FOR DEFENDANT
                                                          RANFERI PENA

1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600                    FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT RANFERI PENA
5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA    )    CASE NO: 1:05-CR-349 OWW
9              Plaintiff,      )
                               )    **ORDER**
10 vs                          )
                               )
11 RANFERI PENA                )
               Defendant.      )
12 _____ )

13
          **IT IS HEREBY ORDERED** that the bond in the above-captioned case be
14
   exonerated and title to the real property securing said bond be reconveyed to the owners of said
15
   property. (DEED DOC #2005-0243392).
16

17
   DATED:   10/23/2008              /s/ OLIVER W. WANGER
18                                  HONORABLE OLIVER W. WANGER
                                    HONORABLE JUDGE OF THE UNITED STATES
19                                  COURT EASTERN DISTRICT OF CALIFORNIA